# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE    :   NO. 520
MAGISTERIAL DISTRICTS WITHIN THE   :
2nd JUDICIAL DISTRICT OF THE       :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 2nd Judicial District (Lancaster County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 02-1-01 and 02-2-02, to be effective January 1, 2024; and that the reestablishment of all remaining Magisterial Districts as they currently exist, to be effective immediately, is granted.

    Said Magisterial Districts will be reestablished as follows:

Magisterial District 02-1-01                 City of Lancaster (Ward 8)
Magisterial District Judge Adam J. Witkonis

Magisterial District 02-1-02                 Manheim Township
Magisterial District Judge David P. Miller

Magisterial District 02-1-03                 Columbia Borough
Magisterial District Judge Miles K. Bixler       Mountville Borough
                                              West Hempfield Township

Magisterial District 02-2-01  
Magisterial District Judge Jodie E. Richardson

City of Lancaster (Wards 3, 7)

Magisterial District 02-2-02  
Magisterial District Judge Bruce A. Roth

City of Lancaster (Wards 1, 4, 5, 9-1, 9-2, and 9-3)

Magisterial District 02-2-03  
Magisterial District Judge Mary Mongiovi Sponaugle

City of Lancaster (Wards 9-4, 9-5)  
Lancaster Township

Magisterial District 02-2-04  
Magisterial District Judge Andrew T. Lefever

City of Lancaster (Wards 2, 6)

Magisterial District 02-2-05  
Magisterial District Judge Brian E. Chudzik

East Petersburg Borough  
East Hempfield Township

Magisterial District 02-2-06  
Magisterial District Judge Joshua R. Keller

Conestoga Township  
Manor Township  
Millersville Borough

Magisterial District 02-2-07  
Magisterial District Judge Tony S. Russell

Akron Borough  
Clay Township  
Ephrata Borough  
Ephrata Township

Magisterial District 02-2-08  
Magisterial District Judge Edward A. Tobin

Elizabeth Township  
Lititz Borough  
Penn Township  
Warwick Township

Magisterial District 02-3-01  
VACANT

East Donegal Township  
Manheim Borough  
Marietta Borough  
Mount Joy Borough  
Rapho Township

Magisterial District 02-3-02  
Magisterial District Judge B. Denise Commins

East Lampeter Township  
Upper Leacock Township

Magisterial District 02-3-03  
Magisterial District Judge William E. Benner, Jr.

Pequea Township  
Strasburg Borough  
Strasburg Township  
West Lampeter Township

| | |
|---|---|
| Magisterial District 02-3-04<br>Magisterial District Judge Stuart J. Mylin | Colerain Township<br>Drumore Township<br>East Drumore Township<br>Eden Township<br>Fulton Township<br>Little Britain Township<br>Martic Township<br>Providence Township<br>Quarryville Borough |
| Magisterial District 02-3-05<br>Magisterial District Judge Raymond S. Sheller | Bart Township<br>Caernarvon Township<br>Christiana Borough<br>Leacock Township<br>Paradise Township<br>Sadsbury Township<br>Salisbury Township |
| Magisterial District 02-3-06<br>Magisterial District Judge Jonathan W. Heisse | Brecknock Township<br>Earl Township<br>East Earl Township<br>New Holland Borough<br>Terre Hill Borough<br>West Earl Township |
| Magisterial District 02-3-07<br>Magisterial District Judge Clark A. Bearinger | Adamstown Borough<br>Denver Borough<br>East Cocalico Township<br>West Cocalico Township |
| Magisterial District 02-3-09<br>Magisterial District Judge Randall L. Miller | Conoy Township<br>Elizabethtown Borough<br>Mount Joy Township<br>West Donegal Township |